NATALIE B. NELSON, appellant,

*v.*

HENRY W. NELSON et al., respondents.

[Argued October 29th, 1947.    Decided January 29th, 1948.]

*Mr. Arthur T. Vanderbilt (Mr. Marshall Crowley,* of counsel), for the appellant.

*Mr. J. Albert Homan (Mr. Charles Danzig,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *139 N. J. Eq. 329.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, MCLEAN, SCHETTINO, JJ.    13.

*For reversal*—None.